**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| CHRISTIAN E. CAZARES GARCIA and VERENIS ESPINO, individually and on behalf of all others similarly situated, | ) ) ) | |
| | ) | Case No.: 1:23-cv-836- |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OWNEZ ASSET MANAGEMENT, LLC, OWNEZ INC., EFRAIM ARGAMAN, TERESA SRMACK BRINKMAN, FIRST AMERICA TITLE INSURANCE COMPANY, TRAHAN REALTY GROUP LLC, and MELISSA TRAHAN, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL OF CIVIL ACTION

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, and Local Rule 81-2, Defendants OwnEZ Asset Management, LLC, OwnEZ Inc., Teresa Srmack Brinkman, and Efraim Argaman (collectively, "the OwnEZ Parties") hereby remove this cause to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Marion County (Indiana) Superior Court, Cause No. 49D12-2304-PL-015770. The grounds for removal are as follows:

### PLEADINGS AND SERVICE

1.      On April 18, 2023, Plaintiffs Christian E. Cazares Garia and Verenis Espino ("Plaintiffs") filed a putative class action complaint in the Marion County Superior Court, docketed under Cause No. 49D12-2304-PL-015770, naming the OwnEZ Parties and others as defendants (the "State Court Action").

2.      Removal herein is based on federal question jurisdiction.

3.      The Complaint in the State Court Action alleges that the OwnEZ Parties violated federal statutes and related regulations in operating a consumer lending business. In particular, it purports to assert claims under the Equal Credit Opportunity Act, 15 U.S.C. § 1691 *et seq.* ("ECOA"); the Fair Housing Act, 42 U.S.C. § 3601 *et seq.* ("FHA"); the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.* ("TILA"); and the Real Estate Settlement and Procedures Act, 12 U.S.C.A. § 2601 *et seq.* ("RESPA") (the "Federal Claims"). *See* <u>Ex. B</u>, Class Action Compl. at pp. 21–24, 29.

4.      Plaintiffs also bring claims under state law, alleging common law unjust enrichment and tortious interference with contract, as well as statutory claims for fraud and conversion under the Indiana Crime Victims Relief Act, Ind. Code § 34-24-3-1, and violation of the Indiana Deceptive Consumer Sales Act, Ind. Code § 24-5-0.5-1 *et seq.* (the "State Law Claims"). *Id.* at pp. 24–26, 29–31.[1]

5.      The OwnEZ Parties received a copy of the Complaint on April 19, 2023, and were served a summons on April 21, 2023.

6.      No responsive pleading or paper has yet been filed, or has been due to be filed, in the State Court Action.

7.      In accordance with 28 U.S.C. § 1446(a) and Local Rule 81.2(a) & (b) OwnEZ Parties submit with this Notice the State Court Record that contains a single .pdf that includes the state court docket sheet, all pleadings, motions, orders, and all other filings, organized in chronological order by the state court filing date. *See* <u>Exhibit A</u>.

---

[1] In various places, Plaintiffs also allege that the Defendants violated other Indiana statutes, including the Indiana Home Loan Practices Act, Ind. Code § 24-9-1-1 *et seq.*, and the Indiana Residential Landlord-Tenant statutes, Ind. Code § 32-31-8-5, but did not include these alleged violations as separate counts. *See* <u>Ex. B</u> at pp. 11–12, 15.

8.     Pursuant to Local Rule 81-2(c) the operative complaint is provided as a separate attachment, in addition to being included in the State Court Record attached as Exhibit A. *See* Exhibit B.

9.     Liberty L. Roberts, the undersigned counsel for OwnEZ Parties, hereby verifies that the attached State Court Record is complete as of the date and time of this filing for removal.

**FEDERAL QUESTION AND
SUPPLEMENTAL JURISDICTION**

10.     "As a general matter, defendants may remove to the appropriate federal district court 'any civil action brought in a State court of which the district courts of the United States have original jurisdiction.'" *City of Chi. v. Int'l Coll. of Surgeons*, 522 U.S. 156, 163 (1997) (quoting 28 U.S.C. § 1441(a)). "One category of cases of which district courts have original jurisdiction is '[f]ederal question' cases: cases 'arising under the Constitution, laws, or treaties of the United States.'" *Aetna Health Inc. v. Davila*, 542 U.S. 200, 207 (2004) (quoting 28 U.S.C. § 1331).

11.     "The presence or absence of federal-question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987) (citing *Gully v. First National Bank*, 299 U.S. 109, 112-113 (1936)).

12.     Federal-question jurisdiction applies to the claims alleged in Plaintiffs' complaint. Plaintiffs allege that the OwnEZ Parties and other defendants violated four federal statutes, each of which grants federal courts with original jurisdiction. *See* 12 U.S.C. § 2614 (providing for jurisdiction under RESPA); 15 U.S.C. §§ 1640(e), 1691e(f) (providing for jurisdiction under TILA and ECOA, respectively); 42 U.S.C. § 3613(a)(1)(A) (providing for jurisdiction under FHA).

13.     This Court has supplemental jurisdiction over the State Law Claims under 28 U.S.C. § 1367, because the Plaintiffs' allegations arise from and are part of the same case or controversy as the federal-question claims. Therefore, this action is one which can be removed to this Court pursuant to 28 U.S.C. § 1441(a) and (c).

## VENUE

14.     Venue is proper in this District and Division because the State Court Action is currently pending in the Superior Court of Marion County. *See* 28 U.S.C. §§ 94(b), 1441(a).

## OTHER REQUIREMENTS FOR REMOVAL

15.     This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within thirty days of the OwnEZ Parties' receipt of the Complaint.

16.     Pursuant to 28 U.S.C. § 1446(b), all Defendants who have been properly joined and served consent to and join in this removal.

17.     Defendant First America Title Insurance Company has consented to removal through counsel, as evidenced by an email from its counsel confirming its consent, a copy of which is attached hereto as Ex. C.

18.     Defendants Trahan Realty Group LLC and Melissa Trahan have also consented to removal, as evidenced by their written consents to removal, attached hereto as Exhibit D and Exhibit E.

19.     Pursuant to 28 U.S.C. § 1446(d), the OwnEZ Parties will promptly serve Plaintiffs with this Notice of Removal and will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court of Marion County, Indiana.

## CONCLUSION

20.     By removing this action to this Court, the OwnEZ Parties do not waive or relinquish any defense or right available to them, which rights and defenses are expressly reserved.

21.     If any question arises as to the propriety of the removal of this action, the OwnEZ Parties request the opportunity to present a memorandum and oral argument in support of its position that this case is removable.

WHEREFORE, Defendants OwnEZ Asset Management, LLC, OwnEZ Inc., Teresa Srmack Brinkman, and Efraim Argaman give notice that the above-captioned litigation has been removed from the Superior Court of Marion County, Indiana to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Dated: May 15, 2023                                   Respectfully submitted,

*Liberty L. Roberts*
Liberty L. Roberts, Atty. No. 23107-49
CHURCH CHURCH HITTLE +
ANTRIM
Two North Ninth Street
Noblesville, IN 46060
Phone: (317) 773-2190
Fax:     (317) 773-5320
LRoberts@cchalaw.com

*Pending Pro Hac Vice Admission*

Christopher J. Barber
Daniel R. Brown
WILLIAMS BARBER & MOREL
LTD.
233 South Wacker Drive, Suite 6800
Chicago, IL 60606
Phone: (312) 443-3200
Fax:     (312) 630-8500
cjb@williamsbarbermorel.com
drb@williamsbarbermorel.com

*Attorneys for Defendants OwnEZ Asset Management, LLC, OwnEZ Inc., Teresa Srmack Brinkman, and Efraim Argaman*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May 2023, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice this filing was sent to the following persons by email and U.S. First Class Mail, Postage Prepaid.

Brandon E. Tate - brandon@wtbs-law.com
Benjamin A. Spandau - ben@wtbs-law.com
Matthew R. Land - matt@wtbs-law.com
WALDRON TATE BOWEN SPANDAU LLC
156 E Market St, 5th Floor
Indianapolis, IN 46204
P: 317.296.5294
F: 317.423.0772
*Counsels for Plaintiffs and
the Proposed Class*

*Liberty L. Roberts*
Liberty L. Roberts, Atty No. 23107-49

I further certify that on this 15th day of May 2023, a true and exact copy of the foregoing was sent to the following Defendants via U.S. First Class Mail, Postage Prepaid.

Trahan Realty Group, LLC            First America Title Insurance Co.
c/o Donald W. McInnes               c/o Corporation Service Company
5224 S. East St., Suite C14         135 N. Pennsylvania St., Suite 1610
Indianapolis, IN 46227              Indianapolis, IN 46204

Melissa Trahan
1135 Barrington Dr.
Greenwood, IN 46143

*Liberty L. Roberts*
Liberty L. Roberts

CHURCH CHURCH HITTLE + ANTRIM
Two North Ninth Street
Noblesville, IN 46060
T:  (317)773-2190 / F:  (317)773-5320
Email:  LRoberts@cchalaw.com