IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTIAN E. CAZARES GARCIA and VERENIS ESPINO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OWNEZ ASSET MANAGEMENT, LLC, OWNEZ INC., EFRAIM ARGAMAN, TERESA SRMACK BRINKMAN, FIRST AMERICA TITLE INSURANCE COMPANY, TRAHAN REALTY GROUP LLC, and MELISSA TRAHAN,<br><br>Defendants. | Case No.: 1:23-cv-00836-JPH-CSW |

> The Court acknowledges the Notice of Voluntary Dismissal, with Prejudice, dkt. 49. JPH, 9/20/2023 Distribution via ECF.

**NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, Christian E. Cazares Garcia and Verenis Espino, by counsel, hereby voluntarily dismiss with prejudice this matter in its entirety against all named Defendants.

Respectfully submitted,

*/s/ Benjamin Spandau*
Benjamin A. Spandau, 34207-49
bas@yourindyattorneys.com
ROBINSON FARTHING SPANDAU WILLIAMS
8500 Keystone Crossing, Suite 470,
Indianapolis, IN 46240

*Attorney for Plaintiff*